| | |
|---|---|
| 1 | **FRICKER & MELLEN & ASSOCIATES** |
| 2 | Timothy J. Fricker, Esq. - State Bar No. 183309<br>Karen Creech, Esq. - State Bar No. 168023 |
| 3 | Tribune Tower<br>409 13th Street, 17th Floor |
| 4 | Oakland, CA 94612 |
| 5 | Attorneys for Plaintiff<br>FATEN BARRANTI |
| 6 | |
| 7 | **RIMAC MARTIN, P.C.**<br>JOSEPH M. RIMAC - State Bar No. 72381 |
| 8 | ANNA M. MARTIN - State Bar No. 154279<br>amartin@rimacmartin.com |
| 9 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 10 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 11 | Attorneys for Defendant |
| 12 | SUTTER HEALTH LONG TERM<br>DISABILITY PLAN |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

## E-FILING

| | |
|---|---|
| FATEN BARRANTI, ) | **CASE NO. CV 09 3977 EMC** |
| Plaintiff, ) | |
| ) | **STIPULATION TO EXTEND TIME FOR** |
| vs. ) | **DEFENDANT TO RESPOND TO** |
| ) | **PLAINTIFF'S COMPLAINT** ; ORDER |
| SUTTER HEALTH LONG TERM ) | |
| DISABILITY PLAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED that defendant SUTTTER HEALTH LONG TERM DISABILITY PLAN may have an additional two weeks to answer or otherwise respond to plaintiff's complaint. Defendant's response is now due on or before November 13, 2009.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this

-1-

**STIPULATION TO EXTEND TIME FOR**
**DEFENDANT TO RESPOND TO COMPLAINT**            **CASE NO. CV 09-3977 EMC**

document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

FRICKER & MELLEN & ASSOCIATES

DATED: October 29, 2009     By:     /s/ **TIMOTHY J. FRICKER**
                                    TIMOTHY J. FRICKER
                                    Attorneys for Plaintiff
                                    FATEN BARRANTI


RIMAC MARTIN, P.C.

DATED: October 29, 2009     By:     /s/ **ANNA M. MARTIN**
                                    ANNA M. MARTIN
                                    Attorneys for Defendant
                                    UNUM LIFE INSURANCE COMPANY OF
                                    AMERICA


IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]