| | |
|---|---|
| 1 | **FRICKER & MELLEN & ASSOCIATES** |
| 2 | Timothy J. Fricker, Esq.  - State Bar No. 183309 |
|   | Karen Creech, Esq. - State Bar No. 168023 |
| 3 | Tribune Tower |
|   | 409 13th Street, 17th Floor |
| 4 | Oakland, CA 94612 |
| 5 | Attorneys for Plaintiff |
|   | FATEN BARRANTI |
| 6 | |
| 7 | **RIMAC  MARTIN, P.C.** |
|   | JOSEPH M. RIMAC - State Bar No.  72381 |
| 8 | ANNA M. MARTIN - State Bar No. 154279 |
|   | amartin@rimacmartin.com |
| 9 | 1051 Divisadero Street |
|   | San Francisco, California 94115 |
| 10 | Telephone (415) 561-8440 |
|   | Facsimile (415) 561-8430 |
| 11 | Attorneys for Defendant |
| 12 | SUTTER HEALTH LONG TERM DISABILITY PLAN |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILING*

| | | |
|---|---|---|
| FATEN BARRANTI, | ) | **CASE NO.  CV 09 3977 EMC** |
|   | ) | |
|    Plaintiff, | ) | **STIPULATION TO EXTEND TIME FOR** |
|   | ) | **DEFENDANT TO RESPOND TO** |
|    vs. | ) | **PLAINTIFF'S COMPLAINT**  ; ORDER |
|   | ) | |
| SUTTER HEALTH LONG TERM DISABILITY PLAN, | ) | |
|   | ) | |
|    Defendant. | ) | |

   IT IS HEREBY STIPULATED that defendant SUTTTER HEALTH LONG TERM DISABILITY PLAN may have an additional two weeks to answer or otherwise respond to plaintiff's complaint.  Defendant's response is now due on or before November 13, 2009.

   Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this

---

1  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
2  concurred with the filing of this document; and (3) a record supporting this concurrence is
3  available for inspection or production if so ordered.
4  **SO STIPULATED.**
5                                              FRICKER & MELLEN & ASSOCIATES
6
7  DATED: October 29, 2009        By:      /s/ **TIMOTHY J. FRICKER**
                                            TIMOTHY J. FRICKER
8                                           Attorneys for Plaintiff
                                            FATEN BARRANTI
9
10
11                                             RIMAC  MARTIN, P.C.
12
13 DATED: October 29, 2009        By:      /s/ **ANNA M. MARTIN**
                                            ANNA M. MARTIN
14                                          Attorneys for Defendant
                                            UNUM LIFE INSURANCE COMPANY OF
15                                          AMERICA
16
17 IT IS SO ORDERED:
18
19 _____
   Edward M. Chen
20 U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

-2-
**STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**                    **CASE NO.  CV 09-3977 EMC**