IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEN BARRANTI,<br><br>    Plaintiff,<br><br>v.<br><br>SUTTER HEALTH LONG TERM DISABILITY PLAN,<br><br>    Defendant._____/ | No. C 09-03977 CRB<br><br>**ORDER RESCHEDULING MOTION HEARING AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE** |

Now pending before the Court is Defendant Sutter Health Long Term Disability Plan's Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) or in the Alternative for Summary Judgment Pursuant to F.R.C.P. Rule 56. The motion is currently set to be heard on Friday, January 22, 2010. In its Opposition to Defendant's motion, Plaintiff did not address the merits of Unum's decision, arguing only that Defendant's motion is premature because without full disclosures the Court cannot know the appropriate standard of review to apply, or whether a conflict of interest tainted the claims administrator's decisions. Defendant's Reply argued that "[e]ven were this Court to apply the less deferential or de novo standard of review[,] Unum's decision should be affirmed."

In the interest of fairness, the Court hereby VACATES the hearing in this case on January 22, 2010 and DIRECTS each party to submit a supplemental brief, if it chooses to do so, addressing whether Unum's decision should be affirmed even if the Court were to apply a

less deferential or de novo standard of review. The briefs shall be no longer than ten (10) pages in length, and shall be filed with the Court by Wednesday, January 27, 2010 at 4:00 p.m. The hearing on Defendant's motion is rescheduled for Friday, February 5, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 19, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE