**FRICKER & MELLEN & ASSOCIATES**
Timothy J. Fricker, Esq. - State Bar No. 183309
Karen Creech, Esq. - State Bar No. 168023
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612

Attorneys for Plaintiff
FATEN BARRANTI


**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
SUTTER HEALTH LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E-FILING

| | |
|---|---|
| FATEN BARRANTI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUTTER HEALTH LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | CASE NO. CV 09 3977 CRB<br><br>STIPULATION OF DIMISSAL WITHOUT PREJUDICE AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between the plaintiff FATEN BARRANTI and defendant SUTTER HEALTH LONG TERM DISABILITY PLAN, through their respective counsel of record, pursuant to Federal Rules of Civil Procedure, Rule 41, that the action is hereby

-1-

dismissed without prejudice.

Each party shall bear her/its own costs and attorney fees in this action.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

FRICKER & MELLEN & ASSOCIATES

DATED: January 20, 2010  By:  /S/ TIMOTHY J. FRICKER
TIMOTHY J. FRICKER
Attorneys for Plaintiff
FATEN BARRANTI

RIMAC MARTIN, P.C.

DATED: January 20, 2010  By:  /S/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**IT IS SO ORDERED:**

DATED: Jan. 22, 2010  By:  _____
The Honorable Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-2-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. CV-09-3977 CRB