```
 1  FRICKER & MELLEN & ASSOCIATES
    Timothy J. Fricker, Esq. - State Bar No. 183309
 2  Karen Creech, Esq. - State Bar No. 168023
    Tribune Tower
 3  409 13th Street, 17th Floor
    Oakland, CA 94612
 4
    Attorneys for Plaintiff
 5  FATEN BARRANTI

 6

 7  RIMAC MARTIN, P.C.
    JOSEPH M. RIMAC - State Bar No. 72381
    ANNA M. MARTIN - State Bar No. 154279
 8  amartin@rimacmartin.com
    1051 Divisadero Street
 9  San Francisco, California 94115
    Telephone (415) 561-8440
10  Facsimile (415) 561-8430

11  Attorneys for Defendant
    SUTTER HEALTH LONG TERM
12  DISABILITY PLAN

13

14              UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17                                                E-FILING

18  FATEN BARRANTI,              )
                                 )  CASE NO. CV 09 3977 CRB
19          Plaintiff,            )
                                 )  STIPULATION OF DIMISSAL
20       vs.                     )  WITHOUT PREJUDICE AND ORDER
                                 )  THEREON
21  SUTTER HEALTH LONG TERM      )
    DISABILITY PLAN,             )
22                               )
            Defendant.           )
23                               )

24

25       IT IS HEREBY STIPULATED by and between the plaintiff FATEN BARRANTI and

26  defendant SUTTER HEALTH LONG TERM DISABILITY PLAN, through their respective

27  counsel of record, pursuant to Federal Rules of Civil Procedure, Rule 41, that the action is hereby

28
```

-1-

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE                                         CASE NO. CV 09-3977 CRB

1  dismissed without prejudice.

2      Each party shall bear her/its own costs and attorney fees in this action.

3      Pursuant to local rules, this document is being electronically filed through the Court's
4  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
5  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
6  concurred with the filing of this document; and (3) a record supporting this concurrence is
7  available for inspection or production if so ordered.

                                FRICKER & MELLEN & ASSOCIATES

DATED: January 20, 2010   By:   /S/ TIMOTHY J. FRICKER
                                        TIMOTHY J. FRICKER
                                        Attorneys for Plaintiff
                                        FATEN BARRANTI

                                RIMAC MARTIN, P.C.

DATED: January 20, 2010   By:   /S/ ANNA M. MARTIN
                                        ANNA M. MARTIN
                                        Attorneys for Defendant
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA

**IT IS SO ORDERED:**

DATED: Jan. 22, 2010   By:   _____
                                        The Honorable Charles R. Breyer

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*

-2-

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE                                                CASE NO. CV-09-3977 CRB